# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE L.S. STARRETT COMPANY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | |
| v. ) | 04cv 12342 NG |
| ) | |
| EDWARD OSTACHOWSKI, ) | |
| ) | |
| Defendant. ) | Jury Trial Demanded |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, the plaintiff, The L.S. Starrett Company, states that it does not have a parent corporation and there is no publicly traded company that owns 10% or more of its stock.

This 3rd day of November, 2004.

_____
Steven M. Bauer, Esq. (BBO No. 542531)
David J. Cerveny, Esq. (BBO No. 638307)
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, Massachusetts 02110-2600
(617) 526-9600 (telephone)
(617) 526-9899 (facsimile)

ATTORNEYS FOR THE L.S. STARRETT COMPANY

OF COUNSEL:

Michael S. Connor, Esq.
Kirk T. Bradley, Esq.
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
(704) 444-1000 (telephone)
(704) 444-1111 (facsimile)