# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE L.S. STARRETT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04cv12342NG |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD OSTACHOWSKI, | ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff The L.S. Starrett Company hereby dismisses, without prejudice, all of its claims and causes of action asserted against the Defendant, Edward Ostachowski, in the above-captioned matter.

Respectfully submitted,

Date:   January 4, 2005

__/s/ David J. Cerveny_____
Steven M. Bauer (BBO# 542531)
David J. Cerveny (BBO#  638307)
PROSKAUER ROSE LLP
One International Place, 14th floor
Boston, MA 02110
Telephone:  (617) 526-9600
dcerveny@proskauer.com

OF COUNSEL:

Michael S. Connor, Esq.
Kirk T. Bradley, Esq.
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
(704) 444-1000 (telephone)
(704) 444-1111 (facsimile)